Thomas Alvord
Bar #14119
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
thomas@lawhq.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Shana McTee, <br><br> Plaintiff, <br><br> v. <br><br> Sirius XM Radio Inc., <br><br> Defendant. | Case No.: 1:24-cv-00191 <br><br> PROPOSED CLASS ACTION COMPLAINT <br><br> DEMAND FOR JURY TRIAL |

### INTRODUCTION

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2. Defendant Sirius XM Radio Inc. ("Sirius XM") has contributed to this barrage of telephone spam by initiating illegal calls to Plaintiff Shana McTee ("McTee") and thousands of others like her.

3. McTee wants this telephone spam to stop. Others do as well. Sirius XM has already been sued 31 other times for telephone spam. But that has not gotten Sirius XM to stop spamming.

4. Consequently, McTee brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

7. This Court has supplemental jurisdiction over the Utah state claims under 28 U.S.C § 1367.

## PARTIES

8. Plaintiff Shana McTee is a citizen of Utah residing in Brigham City.

9. Defendant Sirius XM Radio Inc. is a Delaware corporation with its principal place of business in New York.

## FACTUAL ALLEGATIONS

10. McTee's home, phone, and privacy have been invaded by Sirius XM's non-emergency calls.

11. McTee is the residential subscriber of the cell phone number 801-791-6985. McTee uses this phone number at home. McTee makes and takes personal calls and text messages on this phone number. This is McTee's only phone number. McTee does not use this number in any business.

12. McTee registered the number 801-791-6985 on the national Do Not Call Registry ("DNCR") on September 8, 2022 to stop unsolicited telephone calls.

13. During 2023, Sirius XM called McTee many times from different phone numbers. This is known because McTee answered calls from multiple different phone numbers in which the caller said they were with Sirius XM.

14. One of the phone numbers Sirius XM used to call McTee was 385-276-0443.

15. Sirius XM called McTee at least eight times from the phone number 385-276-0443, including the following:

      i. April 7, 2023 at 11:27pm UTC

      ii. April 10, 2023 at 7:31pm UTC

      iii. April 12, 2023 at 2:11am UTC

      iv. April 13, 2023 at 8:35pm UTC

      v. April 15, 2023 at 8:47pm UTC

      vi. April 18, 2023 at 12:47am UTC

      vii. April 20, 2023 at 7:48pm UTC

      viii. April 26, 2023 at 2:05am UTC

16. McTee answered Sirius XM's calls multiple times, including on April 13. On each call, Sirius XM asked McTee if she wanted to buy a subscription. And each time McTee told Sirius XM to stop calling.

17. Sirius XM ignored McTee's stop request and instead continued to call.

18. On information and belief, McTee received additional calls from Sirius XM after April 26—from different phone numbers—but those details are in the possession of Sirius XM as Sirius XM changed the phone numbers it used to call.

19. Sirius XM changes its phone number to prevent consumers from blocking their harassing calls.

20. These legal violations are not unique to McTee.

21. There are voluminous complaints online about Sirius XM's horrible practices.

22. As one reddit user complained:

> Bought a new car that came with Sirius XM radio. After the 3 month trail [sic] was over, 3 months ago, I get 2 phone calls every single day. Each time it is from a different 469 number, which is a north Texas area code, and each time I got sales people who refuse to take no for an answer. I have talked with supervisors, I have tried talking with multiple different people, and even tried blocking numbers. They do not stop. . . . Is there a way to make them stop?

https://www.reddit.com/r/legaladvice/comments/83t52f/sirius_xm_refuses_to_quit_calling_me/, last accessed November 1, 2024.

23. And as another person complained:

> I've blocked the numbers they call from, I've asked them to stop calling me,

> I've gone to their website and did the chat thing and asked them to stop calling me. Sometimes I get 4 calls a day from them. I don't have an account with them, but I did buy a new car recently and I think that's how they got my details. I just want to never hear from them again. Anyways. Anyone know how I can end these calls?

https://www.reddit.com/r/siriusxm/comments/1527q9i/i_am_being_harrassed_by_up_to_10_phones_a_week/, last accessed November 1, 2024.

24. And another person vented:

> They call me up to 5 times a day, Monday-Friday, without fail. I have requested they stop calling, I have followed the steps on their website and called their customer care line to request they stop calling, my phone number is on the do not call list, yet they are STILL calling me. My car came with a free trial, that expired about 6 months ago now. When they started calling I explained to them we didn't even use the free trial, that I use Apple Music, etc so I wasn't interested in renewing. They kept calling, and I repeatedly stated I wasn't interested. Then I started blocking numbers, and I'd get another call from another number. I googled it, called them, requested they take my number out. I put my number on the do not call list. I'm at my wits end! When they call, I can barely get a word in. They talk over me trying to get through their sales pitch. I have tried being nice, I've lost my temper (at this point I feel harassed! I'm a caregiver for my 82 year old grandfather with dementia and they'll call while I'm trying to care for him, they call me after I go to bed since I'm up early and working all day 7 days a week) it just won't end. Is there anything I can do, legally, to get this harassment to stop? Can I send like a cease and desist or do I need to get a lawyer to do something like that? What else can I do? I need this to stop for my sanity. EDIT: I forgot to say, but I've been keeping track. I've had 873 calls from them since my trial expired.

https://www.reddit.com/r/legaladvice/comments/yy57uy/siriusxm_wont_stop_calling_what_can_i_do/, last accessed November 1, 2024.

25. This is just a small sample of the online complaints against Sirius XM refusing to honor consumers' stop requests.

26. Not only did McTee tell Sirius XM to stop multiple times. But McTee never provided her phone number to Sirius XM and never agreed to any of the calls from Sirius XM in the first place, despite McTee's phone number being on the DNCR.

27. Sirius XM has been sued 31 other times for TCPA violations, including for failing to honor consumers' stop requests and for failing to check the DNCR before calling consumers.

28. Sirius XM is an extremely sophisticated and technologically advanced company. With this degree of sophistication, size, and automation, Sirius XM is undoubtedly capable of immediately honoring consumers' stop request.

29. But Sirius XM purposefully ignores consumers' stop requests in an effort to try to get one, two, or even hundreds of more bites at the proverbial apple, in an effort to shove its services in front of consumers who have asked to be left alone.

30. Sirius XM did $6.8 billion in revenue in 2023. Sirius XM is clearly more concerned with increasing its revenue than complying with the TCPA.

31. Sirius XM has already paid more than $60 million in settlements in two other TCPA class actions, but that still has not been enough to get them to stop spamming. *See Hooker v. Sirius XM Radio, Inc.*, No. 4:13–CV–003, 2017 WL 4484258 (E.D. Va. May 11, 2017); *Buchanan v. Sirius XM Radio, Inc.*, No. 3:17-CV-0728-D, 2019 WL 4054930 (N.D. Tex. Aug. 28, 2019).

32. Sirius XM does not have reasonable practices and procedures in place to effectively prevent telephone solicitations as evidenced by Sirius XM's calls to McTee and many others who repeatedly requested Sirius XM stop calling but Sirius XM continued to call.

33. Sirius XM's calls are a nuisance and annoyance to McTee. The calls have invaded McTee's privacy. The spam has diminished the value of McTee's phone and McTee's enjoyment of life.

## LEGAL STANDARD

34. **Do Not Call Requests**. Before initiating calls, telemarketers must have a written policy relating to an internal do not call list and must honor do not call requests within a reasonable time. 47 C.F.R. § 64.1200(d).

35. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the national DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a]

residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

36. **Utah Telephone Solicitations**. "A person may not make or authorize a telephone solicitation in violation of Title 47 U.S.C. 227." Utah Code Ann. § 13-25a-103(4) (2022).

## CLASS ACTION ALLEGATIONS

37. Pursuant to Federal Rule of Civil Procedure 23(b)(2) and (b)(3), McTee brings this action on behalf of all other persons similarly situated throughout the United States.

38. McTee proposes the following Classes:

> **The Do Not Call Class**
> All people in the United States (1) who are not current or former paying customers of Sirius XM (2) to whom Sirius XM initiated, or caused to be initiated, more than one call within any 12-month period, (3) to their residential telephone, (4) after receiving a request not to be called, (5) within the last four years from the filing of this action through the date of class certification.
>
> **The Do Not Call Utah Subclass**
> All people in Utah (1) who are not current or former paying customers of Sirius XM (2) to whom Sirius XM initiated, or caused to be initiated, more than one call within any 12-month period, (3) to their residential telephone, (4) after receiving a request not to be called, (5) within the last four years from the filing of this action through the date of class certification.
>
> **The DNCR Class**
> All people in the United States (1) who are not current or former paying customers of Sirius XM (2) to whom Sirius XM initiated, or caused to be initiated, more than one call within any 12-month period, (3) to their residential telephone, (4) after registering their number on the national Do Not Call Registry (5) within the last four years from the filing of this action through the date of class certification.

39. McTee does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

40. Class members are identifiable through phone records and phone number databases.

41. There are questions of law and fact common to McTee and the class member including but not limited to:

    i. Whether Sirius XM checked the DNCR before placing calls.

    ii. Whether Sirius XM has implemented the minimum procedures required by 47 C.F.R. § 64.1200(d).

    iii. Whether Sirius XM timely honors consumers' stop requests.

    iv. Whether Sirius XM's calls constitute telephone solicitations.

42. McTee's claims are typical of the claims of the class members. McTee's claims, like the class members' claims, arise out of the same common course of conduct by Sirius XM and are based on the same legal and remedial theories.

43. McTee is an adequate representative of the class because McTee's interests do not conflict with the interests of the class members, McTee will fairly and adequately protect the interests of the class members, and McTee is represented by counsel skilled and experienced in class actions, including TCPA class actions.

44. Common questions of law and fact predominate over questions affecting only individual class members.

45. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

46. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

## FIRST CAUSE OF ACTION
### Violations of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)
### (On Behalf of McTee and the Do Not Call Class)

47. Sirius XM violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls to McTee and members of the Do Not Call Class without first instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

48. McTee and members of the Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each call after receiving a stop request. 47 U.S.C. § 227(c)(5).

49. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

50. The court should enjoin such violations. *Id.*

## SECOND CAUSE OF ACTION
### Violations of Utah Code Ann. § 13-25a-103(4)
### (On Behalf of McTee and the Do Not Call Utah Subclass)

51. Sirius XM violated Utah Code Ann. § 13-25a-103(4) by making or authorizing calls to McTee and members of the Do Not Call Utah Subclass without first instituting the requisite telemarketing procedures required by 47 C.F.R. § 64.1200(d).

52. McTee and members of the Do Not Call Utah Subclass have been damaged and are entitled to an award of $500 in statutory damages for each call after receiving a stop request. Utah Code Ann. § 13-25a-107(2).

53. The court should award costs and fees. *Id.*

54. The court should enjoin such violations. *Id.*

## THIRD CAUSE OF ACTION
### Violations of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(2)
### (On Behalf of McTee and the DNCR Class)

55. Sirius XM initiated, or caused to be initiated, telephone solicitations to McTee and members of the DNCR Class while their phone numbers were on the DNCR in violation 47 C.F.R. § 64.1200(c)(2).

56. McTee and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

57. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

58. The court should enjoin such violations. *Id*.

## RELIEF REQUESTED

McTee respectfully requests the Court grant the following relief.

A. Certification of the proposed Classes;

B. Appointment of McTee as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

D. Injunctive relief, as allowed by law;

E. An award of damages to McTee and class members, as allowed by law;

F. An award of fees, costs, and interest, as allowed by law; and

G. Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

McTee requests a jury trial as to all claims of the Complaint so triable.

DATED November 20, 2024                               Respectfully Submitted,

/s/ *Thomas Alvord*
Thomas Alvord